August 26, 2011

Mr. Douglas W. Alexander
Alexander Dubose & Townsend, L.L.P.
515 Congress Avenue, Suite 2350
Austin, TX 78701-3562

Ms. Melanie S. Reyes
Flowers Davis, P.L.L.C.
1021 ESE Loop 323, Suite 200
Tyler, TX 75701
Mr. H. P. Wright
Wright & Pitre
1221 Dallas St.
Port Neches, TX 77651

Mr. T. Christopher Trent
Johnson, Trent, West & Taylor, L.L.P.
919 Milam, Ste. 1700
Houston, TX 77002

RE: Case Number: 09-0901
 Court of Appeals Number: 09-09-00002-CV
 Trial Court Number: E-181,923

Style: TEXAS RICE LAND PARTNERS, LTD. AND MIKE LATTA
 v.
 DENBURY GREEN PIPELINE-TEXAS, LLC

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion in the above-
referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/082611.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@txcourts.gov or call (512)463-1312 ext. 41367.

 Sincerely,
 [pic]
 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosure
|cc:|Ms. Carol Anne Flores |
| |Ms. Lolita Ramos |
| |Mr. Douglas G. Caroom |
| |Mr. Chauncey Marcus |
| |Lane |
| |Mr. J. Lanier Yeates |
| |Ms. Alice Reyla L. |
| |Ginsburgh |